UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLYSON DAY,

    Plaintiff,

    v.

NORMA BASURTO,

    Defendant.
_____/

No. C-06-4185 PJH

**ORDER TO REMAND AND AWARD COSTS AND EXPENSES**

The motion of plaintiff Allyson Day for an order remanding the above-entitled action to the Superior Court of California, County of San Mateo, and awarding costs and expenses pursuant to 28 U.S.C. § 1447(c) came on for hearing on September 13, 2006. Plaintiff appeared by her counsel John J. Hartford, and defendant Norma Basurto appeared by her counsel Kelli George. Having carefully reviewed the parties' papers and considered the arguments of counsel and the relevant legal authority, and good cause appearing, the court hereby rules as follows for the reasons stated at the hearing. The motion to remand is GRANTED. The request for costs is DENIED.

**IT IS SO ORDERED.**

Dated: September 14, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge